1:19 MJ 9173

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Your Affiant, Brian A. Roman, being first duly sworn, herby deposes and states:

## Introduction

1.    Your Affiant is currently employed as a Special Agent (S/A) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), authorized to conduct investigations on behalf of DHS ICE HSI and have been so employed since March 2009.  I am currently assigned to the HSI Cleveland, Ohio Office and the Cuyahoga County Regional Human Trafficking Task Force (HTTF).  I have participated in investigations targeting individuals and organizations involved in human trafficking offenses, narcotic offenses, and firearms offenses in the Northern District of Ohio and elsewhere.

2.    Your Affiant is an "Investigative or Law Enforcement Officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.  The Affiant is also empowered under Title 19, United States Code, Section 1589a to serve any warrant under the authority of the United States and make warrantless felony arrests for any crime against the United States.  Your Affiant is a Customs Officer as defined by Title 19 of the United States Code and is authorized to conduct warrantless searches at the United States border or the functional equivalent of the United States border.

3.      Your Affiant has received specialized training at the Federal Law Enforcement Training Facility, located in Glynco, Georgia, regarding the investigation of various violations of criminal law.  As part of my training, I have received specialized instruction about human trafficking, narcotics, firearms violations, money laundering and various techniques for investigating persons and organizations engaged in this unlawful conduct.  Your Affiant has participated in investigations involving human trafficking, narcotics and firearms.

### PROBABLE CAUSE

4.      On January 16, 2019, the HTTF received information from the Fairview Hospital in Cleveland, Ohio regarding a 17-year-old female possible victim of human trafficking.  She will hereinafter be referred to as TV1.  During an interview with the HTTF, TV1 disclosed she had been staying at a residence in Cleveland with an adult male and another 17-year-old female victim.  The second victim will hereinafter be referred to as TV2.  While staying at the residence TV1 and TV2 met a drug dealer/human trafficker.  Both victims were posted on websites advertising sex for hire.  The drug dealer/trafficker would provide transportation to subsequent "dates", narcotics to the victims and would require the victims to engage in sexual acts with him.

5.      Investigators identified the aforementioned residence as well as other possible residences/locations and on January 25, 2019, made several unsuccessful attempts to locate and recover TV2.

6.      On January 28, 2019, investigation led HTTF agents and investigators as well as additional Special Agents from HSI Cleveland to two (2) additional residences on Cleveland's Westside.  Again, the HTTF was unable to recover TV2.

7. On January 29, 2019, HTTF agents recovered TV2 in a vehicle driven by an adult male identified as Michael PAIGE, a United States citizen, born on XX/XX/19XX. PAIGE's complete date of birth was redacted for purposes of this affidavit. When PAIGE was encountered he was in possession of a loaded .380 automatic handgun.

8. As Michael PAIGE was being removed from the vehicle by your Affiant and an HTTF Task Force Officer (TFO) he immediately informed agents he had a handgun in his right front vest pocket. Your Affiant retrieved the handgun and handed it to the TFO. The TFO cleared the firearm. When the firearm was cleared there were seven (7) rounds in the magazine and no round in the chamber. When your Affiant retrieved the firearm from PAIGE's pocket your Affiant asked PAIGE if he was a convicted felon and PAIGE replied he was. Your Affiant then asked PAIGE if he was supposed to be in possession of the handgun and PAIGE replied he was not supposed to have the gun. PAIGE was subsequently taken into custody due to an outstanding arrest warrant for a probation violation.

9. Your Affiant conducted a criminal history check on PAIGE. The results of the records check revealed PAIGE was convicted on or about April 14, 2004 in a Cuyahoga County Common Pleas Court, case number CR-03-447313-B, for Robbery, Ohio Revised Code Statute 2911.02(A)(2).

10. Your Affiant also conducted a record check of the Bersa .380 (serial number: 740705) semiautomatic handgun through the National Crime Information Center (NCIC). The results of the check revealed the .380 Bersa was reported stolen on March 22, 2011, in the city of Cleveland.

11. On February 7, 2019, Cleveland Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Gerrod Briggs completed an Interstate Nexus Determination for the Bersa S.A., Model Thunder 380, .380 caliber pistol (Serial No. 740705) as well as the .380 caliber ammunition found in PAIGE's possession on the night of his arrest.  The determination indicated the Bersa S.A., Model Thunder 380, .380 caliber pistol (Serial No. 740705) was manufactured by Bersa S.A. in Ramos Mejia, Argentina.  The six (6) rounds of ammunition bearing headstamp markings of "PPU 380 AUTO" were manufactured and/or assembled in Prvi Partizan, Titio Uzice in Serbia. The one (1) round of ammunition bearing headstamp markings of "BLAZER 380 AUTO" were manufactured and/or assembled by Federal Cartridge Co. in Anoka, Minnesota or by Cascade Cartridge Inc. in Lewiston, Idaho.

## CONCLUSION

12.     Based upon the above listed facts and circumstances, your Affiant believes and asserts there is probable cause to believe that on January 29, 2019, PAIGE possessed a firearm and ammunition in and affecting interstate commerce after having been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly, in violation of Title 18, U.S.C., Section 922(g)(1).

13.     The above violations were committed in the Northern District of Ohio, Eastern Division.  Your Affiant requests that an arrest warrant be issued for Michal PAIGE.

_____
Brian A. Roman, Special Agent
Homeland Security Investigations

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3), on this  __2nd__ day of July, 2019.

_____
Honorable William Baughman, Jr.
United States Magistrate Judge
Northern District of Ohio
Eastern Division

